PD-0480-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/23/2015 11:15:06 AM
Accepted 7/23/2015 11:26:18 AM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| JOSHUA LONDON | § | |
| | § | |
| VS. | § | CASE NO. PD 480-15 |
| | § | |
| THE STATE OF TEXAS | § | |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, the appellant, Joshua London, by and through his assistant public defender Jani J. Maselli Wood, and respectfully moves the Court to grant an extension of time to file the brief in this case and in support would show the Court the following:

I.

The petition for discretionary for review was filed with this Court on May 1, 2015. Review was granted on June 24, 2015.

II.

The brief is due on July 24, 2015. Counsel is requesting an additional two weeks to finish this brief, until August 7, 2015.

III.

The request is based upon the following:

**Briefs/PDR's filed**:

7/15/2015 - Brief in *Shaun Briggs v. State*, 01-15-00269-CR;

7/14/2013 - PDR in *Gregorio Guerrero v. State*, PD 0665-15, 0666-15;

7/13/2015 - PDR in *Kenneth McAfee v. State*, PD 0667-15;

7/2/2015 - Reply brief filed in *Mary Kuol v. State*, 14-14-01008-CR;

6/28/2015 - Brief filed in *Marcus Lewis v. State*, 14-14-00779-CR;

**Motion for Rehearing Due**

7/23/2015 - Motion for Rehearing to CCA in *Peraza v. State*, PD 0100-15, 0101-15;

IV.

This request is not made to delay the proceedings but to ensure London is effectively represented.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this Court grant this motion and set a due date for Mr. London's brief on August 7, 2015.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*Jani J Maselli Wood*

_____
JANI J. MASELLI WOOD
Assistant Public Defender
State Bar No. 00791195
1201 Franklin Street, 13th Floor
Houston, TX 77002
(713) 274-6721
Attorney for Appellant,
**Joshua London**

CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on July 23, 2015, a copy of the foregoing was emailed to Lisa McMinn, State Prosecuting Attorney, and the Harris County District Attorney's Office through texfile.com at the following address:

Eric Kugler
Assistant District Attorney
1201 Franklin Street, 6th Floor
Houston, TX 77002
kugler_eric@dao.hctx.net

Lisa McMinn
Lisa.McMinn@SPA.texas.gov

*Jani Maselli Wood*

_____
JANI J. MASELLI WOOD